IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| MARIA M. NIEVES, | : | |
| | : | CASE NO. 1:21-bk-2067-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the application for payment of fees filed by Tony Sangiamo, Esquire, counsel for the above Debtor, Doc. 77,

**IT IS HEREBY ORDERED THAT:** counsel fees for the period of time beginning September 20, 2021 through March 25, 2022, in the amount of $4,857.50 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from September 20, 2021 through June 29, 2022 in the amount of $146.94 for a total award of $5,004.44, are hereby approved for services rendered and expenses incurred by Tony Sangiamo, Esquire as a Chapter 13 Administrative Expense.

**IT IS FURTHER ORDERED THAT:** the Standing Chapter 13 Trustee is directed to pay the sum of $4,004.44 to counsel for the Debtor through the Plan, representing the total $5,004.44 awarded above less $1,000 previously paid directly to Debtor's counsel by Debtor on October 4, 2021.

By the Court,

_/s/ Henry W. Van Eck_
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 27, 2022